No. 404. ADAMS ET AL. v. OSAGE TRIBE OF INDIANS ET AL. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals. for the Tenth Circuit denied. Messrs. R. E. Riddle, James A. Reed, Clarence Lohman, and Ralph A. Barney for petitioners. Messrs. B. W.

*Griffith, J. M. Hill,* and *W. P. McGinnis* for respondents.

